EMILY JOHNSON HENN (SBN 269482)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94061
Telephone: 650-632-4700
Facsimile: 650-632-4800
Email: ehenn@cov.com

SONYA D. WINNER (SBN 200348)
CORTLIN H. LANNIN (SBN 266488)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: 415-591-6000
Facsimile: 415-591-6091
Email: swinner@cov.com
Email: clannin@cov.com

Attorneys for Defendant The Procter & Gamble Company

*[Other Counsel and Parties Appear on Signature Page]*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID MACHLAN, an individual, on behalf of himself, the general public, and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PROCTER & GAMBLE COMPANY; NEHEMIAH MANUFACTURING COMPANY; AND DOES 1 THROUGH 50, <br><br> Defendants. | Civil Case No.: 3:14-cv-01982-JD <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE** <br><br> (Civil L.R. 6-1, 6-2, 7-12) |

The parties, pursuant to Civil L.R. 6-1, 6-2, and 7-12, respectfully submit the following stipulation:

1. On March 21, 2014, plaintiff David Machlan filed his Class Action Complaint ("CAC") in the Superior Court of the State of California, County of San Francisco. The CAC names The Procter & Gamble Company ("P&G") and Nehemiah Manufacturing Company ("Nehemiah") as defendants.

2. On April 29, 2014, defendants jointly and timely removed the CAC from the Superior Court of the State of California, County of San Francisco, to the United States District Court for the Northern District of California, San Francisco Division. *See* Dkt. No. 1.

3. Pursuant to Fed. R. Civ. P. 81(C)(2)(c), defendants must answer or otherwise respond to the CAC on or before May 6, 2014.

4. Pursuant to Civil L.R. 6-1(a), defendants and plaintiff agree that the deadline for defendants to answer or otherwise respond to the CAC shall be extended to Wednesday, June 18, 2014. *See* Declaration of Emily Johnson Henn.

5. Pursuant to Civil L.R. 6-1(b) and 6-2, defendants and plaintiff agree that if one or more defendants files a motion to dismiss the CAC, plaintiff's opposition(s) to any such motion(s) will be due by Friday, July 18, 2014. Defendants' reply or replies to any such opposition(s) will be due by Friday, August 1, 2014. The parties request these enlargements of time in anticipation that any motion or motions to dismiss will raise issues that require additional time to brief in a thoughtful and focused manner, as this Court's standing order requires, and because of preexisting deadlines in cases pending before other courts. *See* Declaration of Emily Johnson Henn. Any motions to dismiss shall be calendared for a hearing date of Wednesday, August 20, 2014.

6. This stipulation will not alter the date of any event or any deadline already fixed by Court order. This stipulation has been promptly filed in accordance with Civil L.R. 5.

| | |
|---|---|
| DATED:  May 6, 2014 | COVINGTON & BURLING LLP |
| | By: */s/ Emily Johnson Henn*<br>Emily Johnson Henn |
| | *Attorneys for Defendant*<br>The Procter & Gamble Company |
| DATED:  May 6, 2014 | DUDNICK DETWILER RIVIN & STIKKER LLP |
| | By: */s/ William C. Wilka*<br>William C. Wilka |
| | *Attorneys for Defendant*<br>Nehemiah Manufacturing Company |
| DATED:  May 6, 2014 | GUTRIDE SAFIER LLP |
| | By: */s/ Seth Safier*<br>Seth Safier |
| | *Attorneys for Plaintiff* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: **May 6, 2014**

_____
Hon. James Donato
United States District Judge

*APPROVED — Judge James Donato*

## ATTESTATION

I, Emily Johnson Henn, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: May 6, 2014        By:  */s/ Emily Johnson Henn*
                               Emily Johnson Henn

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT AND SETTING BRIEFING SCHEDULE        3
Civil Case No.: 3:14-cv-01982-JD